**CRIMINAL CASE COVER SHEET**　　　　　　　　　　　**U.S. DISTRICT COURT**

**Complete entire form**

**Place of Offense:**

City Doskie Mound Site

County Tishomingo

RECEIVED

DEC 1 4 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information:**

Superseding: ☐Yes ☑No  If yes, Case No. _____

Same Defendant _____  New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐Yes ☑No  If yes, Matter to be sealed: ☐Yes ☐No

Defendant Name  MATTHEW GLEN ARNOLD

Alias Name _____

Address Booneville, MS

DOB 1983  SS# xxx-xx-0793  Sex M  Race W  Nationality _____

Represented by: _____

**U.S. Attorney Information:** AUSA  Robert J. Mims  Bar # 9913

Interpreter: ☐Yes ☑No  List Language and/or dialect: _____

**Location Status:**

Pretrial Release ☑Yes ☐No  In Custody ☐Yes ☑No

Federal _____ State _____  Date of Arrest _____

Location _____

**U.S.C. Citations**

Total # of Counts 13  ☐Petty ☐Misdemeanor ☑Felony

| Title & Section | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| Set 1 18:371.F | CONSPIRACY TO DEFRAUD THE UNITED STATES | 1 |
| Set 2 16:470.F | ARCHAEOLOGICAL RESOURCE PROTECTION ACT | 1,2,4,6,8,10,12 |
| Set 3 18:1361.F | GOVERNMENT PROPERTY OR CONTRACTS (>$1000) | 1,3,5,7,9,11,13 |
| Set 4 _____ | _____ | _____ |

Date: 12/13/2016  Signature of AUSA _____

**District Court Case Number:**

(To be entered by Clerk)  1:16 CR118