**CRIMINAL CASE COVER SHEET**             **U.S. DISTRICT COURT**

**Complete entire form**

**Place of Offense:**

City  Doskie Mound Site

County  Tishomingo

RECEIVED
DEC 1 4 2016
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information:**

Superseding: ☐ Yes ☑ No  If yes, Case No. _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes ☑ No  If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name  TYLER W. WILEMON

Alias Name _____

Address  Booneville, MS

DOB 1995  SS# xxx-xx-1650  Sex M  Race W  Nationality _____

Represented by: _____

**U.S. Attorney Information:** AUSA  Robert J. Mims  Bar # 9913

Interpreter: ☐ Yes ☑ No  List Language and/or dialect: _____

**Location Status:**

Pretrial Release ☑ Yes ☐ No  In Custody ☐ Yes ☑ No

Federal _____ State _____  Date of Arrest _____

Location _____

**U.S.C. Citations**

Total # of Counts  3     ☐ Petty    ☐ Misdemeanor    ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18:371.F | CONSPIRACY TO DEFRAUD THE UNITED STATES | 1 |
| Set 2  16:470.F | ARCHAEOLOGICAL RESOURCE PROTECTION ACT | 1,2 |
| Set 3  18:1361.F | GOVERNMENT PROPERTY OR CONTRACTS (>$1000) | 1,3 |
| Set 4 | | |

Date: 12/13/2016   Signature of AUSA  /s/ Robert J. Mims

**District Court Case Number:**
(To be entered by Clerk)   1:16CR118