AO 442 (Rev. 8/13) Arrest Warrant

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA )
)
vs. )
)
)
Tyler W. Wilemon )  Docket No.:  0537 1:16CR00118-005
)  1742-0711-2010-B
)

RECEIVED
JUL 2 5 2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE HEREBY COMMANDED** to arrest Tyler W. Wilemon and bring him or her forthwith to the nearest magistrate to answer a(n)

**Bond Violation Petition**

charging him or her with

**Violations of Pretrial Conditions**

in violation of Title __18__ United States Code, Section __3142__

Bail Fixed at:  Detention

Debra M. Brown, U.S. District Judge
Name and Title of Issuing Officer

_(signature)_                                07/10/2017
Signature of Issuing Officer              Date

2017 JUL 11 A 8:26 RECEIVED

### Return

This warrant was received on (date) __7/20/17__, and the person was arrested on (date) __7/21/17__
At (city and state) __Booneville MS__.
Date: __7/21/17__                          Joseph Stephens
                                           Arresting officer's signature

                                           Joseph Stephens DUSM
                                           Printed name and title