IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES – SENTENCING**

No. 1:16-CR-118-1

Style: UNITED STATES OF AMERICA V. MATTHEW GLEN ARNOLD

Place Held: Oxford, Mississippi

Date & Time Began:  September 29, 2017, 8:15 a.m.
Date & Time Ended:  September 29, 2017, 8:59 a.m.

TOTAL TIME: 44 MINUTES

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| Rita Thomas | Phyllis McLarty |
|---|---|
| Courtroom Deputy | Official Court Reporter |

| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
|---|---|
| Jamiel M. Wiggins | Gregory S. Park |

U.S. PROBATION:
Kimberlee Hatter

Proceedings:   Sentencing

Remarks:   Sentencing held.   Victim impact statement given.   Defendant remains in custody.   Final Judgment to follow.

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
   Rita Thomas, Courtroom Deputy